1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

NICHOLAS MARTIN, an individual,

11

Plaintiff,

12

vs.

13

AT&T MOBILITY LLC,

14

15

Defendant.

Case Number: 2:24-cv-01417-ART-BNW

**ORDER GRANTING**

**STIPULATION FOR**
**DISMISSAL WITH PREJUDICE**

16        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nicholas Martin ("Plaintiff") and

17   Defendant AT&T Mobility LLC ("Defendant"), by and through their respective counsel of

18   record, hereby stipulate and agree to dismiss with prejudice all claims for relief asserted by

19   Plaintiff's Complaint [ECF No. 1-1] against Defendant.

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

MAC: 17703-001 (#6181299.1) 12/16/2025 11:16 AM

1     IT IS FURTHER STIPULATED AND AGREED that Plaintiff and Defendant will

2 bear their own costs and attorneys' fees incurred in relation to the proceedings before this

3 Court.

4     IT IS SO STIPULATED.

5 Dated this 16th day of December, 2025.    Dated this 16th day of December, 2025.

6 MARQUIS AURBACH    HOWARD & HOWARD

7

8 /s/ Nicholas M. Adams    */s/ Brian W. Boschee*
Christian T. Balducci, Esq.    Brian W. Boschee, Esq.

9 Nevada Bar No. 12688    Nevada Bar No. 7612
Nicholas M. Adams, Esq.    3800 Howard Hughes Pkwy., Suite 1000

10 Nevada Bar No. 15859    Las Vegas, Nevada 89169
10001 Park Run Drive    Las Vegas, Nevada 89169

11 Las Vegas, Nevada 89145    Attorney for Defendant
Attorney for Plaintiff

12

13 **ORDER**

14     The above Stipulation is hereby GRANTED.

15     IT IS SO ORDERED this 17th day of December, 2025.

16

17 _____

18 ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28